FEDERAL-MOGUL CORP., PLAINTIFF AND PLAINTIFF-INTERVENOR, AND TORRINGTON CO., PLAINTIFF AND PLAINTIFF-INTERVENOR *v.* UNITED STATES, DEFENDANT, AND NTN BEARING CORP. OF AMERICA, AMERICAN NTN BEARING MANUFACTURING CORP., NTN CORP., KOYO SEIKO CO., LTD., KOYO CORP. OF U.S.A., PEER BEARING CO., NSK LTD., NSK CORP., CATERPILLAR INC., MINEBEA CO., LTD., AND NMB CORP., DEFENDANT-INTERVENORS

Consolidated Court No. 91–07–00530 and 91–08–00569

(Dated February 14, 1994)

Consolidated Court No. 91–07–00530 and 91–08–00569

(Dated February 14, 1994)

### JUDGMENT

TSOUCALAS, *Judge:* The Court having received and reviewed the Department of Commerce, International Trade Administration's Final

Results of Redetermination Pursuant to Court Remand, *Federal-Mogul Corporation and The Torrington Company v. United States* Slip Op. 93–194 (October 7, 1993) ("Remand Results"), and any responses to the Remand Results submitted by the parties, it is hereby

ORDERED that the Remand Results filed by the Department of Commerce, International Trade Administration, are affirmed.